## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) |
| FLEMING COMPANIES, INC. | ) Chapter 11 |
| | ) |
|             Debtor. | ) Bk. No. 03-10945 (MFW) |
| | ) Jointly Administered |
| | ) |
| CAVENDISH FARMS, et al., | ) Adv. No. 03-56207 |
| | ) Civ. No. 03-1049 (SLR) |
|             Plaintiffs, | ) |
| v. | ) Honorable Sue L. Robinson |
| | ) |
| FLEMING COMPANIES, INC. | ) |
| | ) |
|             Defendant. | ) |
| | ) |
| DEL MONTE FRESH PRODUCE N.A., INC. | ) Adv. No. 04-54600 (MFW) |
| And J.R. SIMPLOT COMPANY | ) Civ. No. 04-CV-1284 |
| | ) |
|             Plaintiffs, | ) Honorable Sue L. Robinson |
| | ) |
| v. | ) |
| | ) |
| FLEMING COMPANIES, INC., | ) |
| | ) |
|             Defendants. | ) |

## NOTICE OF SERVICE OF DISCOVERY

Martyn and Associates, counsel to Del Monte Fresh Produce, N.A., Inc. and J.R. Simplot Company (collectively "Plaintiffs"), served the following documents upon the following individuals and in the manner indicated on March 4, 2005:

    1.    Plaintiff Del Monte Fresh Produce, N.A., Inc.'s First Request For Admissions, First Set Of Interrogatories, And First Request For Production Of Documents Propounded To Defendant Fleming Companies, Inc.; and

2.  Plaintiff Del Monte Fresh Produce, N.A., Inc.'s First Request For Admissions, First Set of Interrogatories, and First Request For Production Of Documents Propounded To Defendant Fleming Companies, Inc.

Served upon:

**VIA FACSIMILE and OVERNIGHT DELIVERY**
Eric Liebeler, Esq.
Kirkland and Ellis
777 South Figueroa Street
Los Angeles, CA 90017

**VIA FIRST CLASS MAIL**
Duane D. Werb, Esq.
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899

Dated: March 10, 2005

**WERB & SULLIVAN**

/s/ Duane D. Werb
Duane D. Werb (DE #1042
Jennifer H. Unhoch (DE #4469)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1108
Facsimile: (302) 652-1111
E-mail dwerb@werbsullivan.com

*Local Counsel for Del Monte Fresh Produce, N.A., Inc. and J.R. Simplot Company*

2

## CERTIFICATE OF SERVICE

I, Duane D. Werb, hereby certify that on this 10th day of March caused a copy of the foregoing *NOTICE OF SERVICE OF DISCOVERY* to be served upon the following individuals and in the manner indicated.

| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
|---|---|
| Eric Liebeler, Esq. | Hartley B. Martyn, Esq. |
| Kirkland and Ellis | Mark A. Amendola, Esq. |
| 777 South Figueroa Street | Martyn & Associates |
| Los Angeles, CA 90017 | 820 Superior Avenue, N.W. |
| | Tenth Floor |
| | Cleveland, OH 44113 |

**WERB & SULLIVAN**

/s/ Duane D. Werb
Duane D. Werb (DE #1042
Jennifer H. Unhoch (DE #4469)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1108
Facsimile: (302) 652-1111
E-mail dwerb@werbsullivan.com